CHARLES M. DIXON, Respondent, v. LOTTIE ROBBINS, Appellant.— Judgment and order affirmed, with costs, upon the ground that it was a question of fact for the jury under all the evidence to say whether the building in question was a hotel within the meaning and purpose of section 205 of the General Business Law. All concur, except Hubbs, P. J., and Clark, J., who dissent on the law and facts and vote for reversal and granting a new trial on the ground that the building was not a hotel within the meaning of said statute. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

MINNIE LYNCH, Respondent, v. SIDNEY MANTELL, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

SIDNEY MANTELL, Appellant, v. HARRY LYNCH, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

THOMAS J. FLAHIVE, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide event, upon the ground that the verdict of the jury is against the weight of the evidence upon the question of the defendant's negligence. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

STEPHEN WALKOWIAK, an Infant, by PETER WALKOWIAK, His Guardian ad Litem, Respondent, v. AUTO CAB MUTUAL INDEMNITY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ADELBERT E. CLARK, Respondent, v. WILLIAM P. ASH, Appellant.— Judgment modified and as modified affirmed, without costs of this appeal to either party. Settle order before Sears, J., on two days' notice. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HARMON A. BURGESS, Respondent, v. EDWARD F. STEIN, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GUS LAYMAN and Another, Appellants, v. STANLEY KUT and Another, Respondents.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HARRY C. ESSICK, Respondent, v. CHARLES C. SCHOTT and Another, Appellants. — Judgment reversed on the law and new trial granted, with costs to appellant to abide the event, upon the ground that the record in this case is in such condition that we are unable to formulate a judgment and that the ends of justice require a new trial. We decline to make all findings and to pass upon all requests to find ab initio. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CARL JOHNDAHL, Appellant, v. CITY OF BUFFALO and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, as a matter of law and not in the exercise of any discretion. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 1, TOWN OF NEW ALBION, Respondent, v. GLOBE INDEMNITY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.